IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Case No. 09-mj-00066-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO GUERRA,

    Defendant.

## SUPPLEMENTAL ORDER SETTING MOTION AND PRETRIAL HEARING AND JURY TRIAL

ORDER ENTERED BY MAGISTRATE JUDGE LARID T. MILBURN
DATED:   January 06, 2010

    This ORDER supplements the Court's Order of December 29, 2009, which remains in effect as modified herein.

    **IT IS ORDERED**, that the motions hearing scheduled for February 01, 2010 shall also be considered a pretrial conference requiring the presence of counsel.

    **IT IS FURTHER ORDERED**, that the parties must submit joint jury instructions and joint proposed verdict form.  In order to produce these joint instructions, the parties shall meet and confer sufficiently in advance of the required submission date.  The instructions should be submitted in the order in which the parties wish to have the instructions read.  This order should reflect a single organized sequence agreed to by all of the parties.

    The joint jury instructions shall be submitted in three sets as follows: 1) those instructions which are agreed to by all parties; 2) those instructions which are propounded by the Government to which the defendant objects; and 3) those instructions which are propounded by the Defendant to which the Government objects.

    Instructions upon which agreement cannot be reached should reflect the basic disagreements among the parties as to the law.

Attribution and case citation for each instruction should be placed on pages following a proposed instruction.  For disputed instructions, a party should note its objections to a proposed instructions and its reasons for putting forth its alternative of pages placed after **its own** alternative instruction.

INSTRUCTIONS SHALL BE BRIEF, CLEAR, CONCISE, WRITTEN IN PLAIN ENGLISH, FREE OF ARGUMENT, AND SHALL BE ORGANIZED IN LOGICAL FASHION AS TO AID JURY COMPREHENSION.  Standard or form instructions, if used, must be revised to address the particular facts and issues of this case.

The Court strongly suggests the use of the Tenth Circuit Pattern Jury Instructions (West 2005).