IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Case No. 09-mj-00066-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO GUERRA,

    Defendant.

**AMENDED
ORDER RE: DEFENSE MOTION FOR ORDER TO U.S. MARSHAL TO PROVIDE
TRANSPORTATION AND LODGING EXPENSE FOR DEFENDANT FOR COURT
APPEARANCES FEBRUARY 1 AND 18-19, 2010 (docket # 24) and
MOTION FOR ISSUANCE OF SUBPOENAS IN FORMA PAUPERIS (docket # 28)**

    The Court has reconsidered its Order of January 20, 2010 (docket # 30) regarding Defendant's Motion for Issuance of Subpoenas in Form Pauperis (docket # 28) and for Order for Transportation and Lodging Expense for Defendant (docket # 29), and therefore, **GRANTS** a portion of those Motions, and **DENIES** other parts.

    THEREFORE, IT IS HEREBY **ORDERED** that the U.S. Marshal service of the subpoenas on Pamela Stuart and Robert Matula and make payment of the appropriate witness fees and mileage of said witnesses, which will be taxed as costs in favor of the United States as may be appropriate.

    IT IS FURTHER, **ORDERED** that the United States Marshals' Office for the District of Colorado shall provide for the transportation one-way, of the Defendant for the February 01,

2010 hearing and the February 18 & 19, 2010 jury trial as set forth and requested in the

Defendant's Motion.

Dated in Grand Junction this 29th day of January, 2010.

BY THE COURT:

s/ Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge