IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Case No. 09-mj-00066-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO GUERRA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:   February 2, 2010

The Court, aware that Defendant's Motion to Withdraw Defendant's Consent to Proceed Before United States Magistrate Judge in a Misdemeanor Case is to be filed by February 05, 2010, has extended filing to **February 12, 2010.**